UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATALIE GREEN,            )
                          )
         Plaintiff,       )
                          )
    v.                    )   Civil Action No. 19-2454 (UNA)
                          )
U.S. MERIT SYSTEMS PROTECTION )
BOARD, *et al.*,          )
                          )
         Defendants.      )

FILED
SEP 1 9 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The plaintiff is "a FERS retiree from the US Postal Service." Compl. at 1. She alleges that the Merit Systems Protection Board ("MSPB") erred when it affirmed the Office of Personnel Management's decision to terminate her disability retirement benefits, *see generally id.*, Attach. A (Initial Decision dated June 6, 2019), and seeks judicial review of the MSPB's decision.

The Civil Service Reform Act ("CSRA"), under which the plaintiff has litigated, provides the exclusive remedy for adjudicating the plaintiff's claim. *See Fornaro v. James*, 416 F.3d 63, 67 (D.C. Cir. 2005) ("recogniz[ing], in a variety of contexts, the exclusivity of the remedial and review provisions of the CSRA"). The CSRA "provides for adjudication of all claims by OPM [Office of Personnel Management] . . . , appeal of adverse decisions by OPM to the MSPB . . . , and subsequent review of MSPB decisions in the [U.S. Court of Appeals for] the Federal Circuit[.]" *Id.* at 66 (citing 5 U.S.C. §§ 8347(b),(d)(1), 7703(b)(1), 28 U.S.C. 1295(a)(9)). And "what you get under the CSRA is [all] you get." *Id.* at 67. The plaintiff has no recourse in this

Court. Consequently, the Court will dismiss this case without prejudice for lack of subject matter jurisdiction. An Order is issued separately.

DATE: September __18__, 2019

_____
United States District Judge